Submitted December 3—decided December 3, 1969

DONALD WOODSTOCK *v.* HARTFORD FAIENCE COMPANY

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted. Since the verdict was set aside, a new trial is necessary.

*Philip S. Walker,* for the appellee (defendant).

*William F. Gallagher,* with whom was *Howard B. Field III,* for the appellant (plaintiff).

Argued December 2—decided December 5, 1969

The appellant filed a motion for reargument which was denied.